UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*09-757*

Crim. No. 09-~~558~~ (DRD)

UNITED STATES OF AMERICA v. **KAREEM BOWERS**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Kareem Bowers, DOB 03/01/1979, SBI #000232364C** is now confined in **Bayside State Prison.**

2. **Kareem Bowers, DOB 03/01/1979, SBI #000232364C** will be required at the at the <u>United States District Court in Newark, New Jersey</u> on <u>Tuesday, July 6, 2010</u>, at <u>2:00 p.m.</u> for <u>Sentencing</u> in the above-captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 22, 2010          /s/ Lisa M. Colone
                               Lisa M. Colone
                               Assistant United States Attorney
                               Petitioner - 973-645-2747

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: *April 22, 2010*        _____
                               HON. DICKINSON R. DEBEVOISE
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Bayside State Prison.

We Command You that you have the body of **Kareem Bowers** (by whatever name called or charged) now confined in <u>Bayside State Prison</u> brought to the <u>United States District Court</u> in <u>Newark, New Jersey</u> on <u>Tuesday, July 6, 2010</u> at <u>2:00 p.m.</u>, for <u>Sentencing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dickinson R. Debevoise,
United States District Judge at Newark, N.J.

DATED:                         WILLIAM T. WALSH
*April 22, 2010*               Clerk of the U.S. District Court
                               for the District of New Jersey

                         Per:  Ellen McMurray
                               Deputy Clerk